**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **SCOTT MICHAEL AND**<br>**ROOSTER'S BLUES HOUSE, LLC** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO: 3:14CV116-DMB-JAA** |
| **CLINTON L. BOUTWELL AND THE**<br>**CHAR GRILLE SEAFOOD & STEAKS**<br>**LLC d/b/a OXFORD GRILLEHOUSE** | **DEFENDANTS** |
| | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND FOR
SANCTIONS BECAUSE OF DEFENDANT BOUTWELL'S
THREAT TO A KEY WITNESS**

COMES NOW THE PLAINTIFFS, ROOSTER'S BLUES HOUSE, LLC AND SCOTT MICHAEL, by and through counsel, and submits this, their Motion to Strike the Defendants' Answer and for Sanctions, and would show the Court the following:

1. Jeffrey Mote, a former general manager of the Defendants', was deposed and gave testimony which was very favorable for the Plaintiffs and very unfavorable to the Defendants.

2. David Sage, who was also present, has been listed by the Plaintiffs as a witness that heard Boutwell defame the Plaintiffs.

3. On April 9, just after legal closing hours, Defendant Clint Boutwell came into an establishment where Sage worked and where Mote was present.

4. He tried to get Sage to serve him alcohol after legal hours, an act which Boutwell claims, as a part of his defense, that the Plaintiffs do or allow.

5. Boutwell then threatened Mote with "deep pockets" for litigation, called him a "pussy,"

trying to provoke Mote into hitting him, and then, a few minutes later, Boutwell texted Mote and said, "And I'll find you when it's over."

6. An appropriate sanction for threatening a witness who has testified against you and who may testify again at trial is default judgement.

For these and other reasons more fully set out in Plaintiffs' Brief in support of this Motion, the Plaintiffs pray for entry of default judgment against the Defendants, and a hearing on damages, or other such sanctions as the Court deems appropriate.

Respectfully submitted,

April 16, 2016           */s/Luther C. Fisher, IV,*
                                           MS. Bar No. 8687
                                           Counsel for Plaintiffs

Luther C. Fisher, IV
Luke Fisher Law PLLC
1109 Van Buren Ave.
P.O. Box 3090
Oxford, MS 38655
662-259-0783
lfisher@lukefisherlaw.com
fisherluther@gmail.com

### CERTIFICATE OF SERVICE

I, Luther C. Fisher, IV, do hereby certify that I have this day electronically filed the **PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER OR FOR SANCTIONS BECAUSE OF DEFENDANT BOUTWELL'S THREAT TO A KEY Witness with** the Clerk of the Court using the ECF system which sent notification of the filing to counsel who has registered electronically with the Court. The following attorneys are of record in this case:

Hiram C. Eastland, III
Attorney at law
103 N. Lamar Blvd, Suite 204
P.O. Box 3059
Oxford, MS 38655
**eastlandlaw3@mac.com**

SO CERTIFIED, this the 16th day of April, 2015.

                                       */s/ Luther C. Fisher, IV*