Deposition of Jeffrey Mote, taken February 24, 2015

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SCOTT MICHAEL AND
ROOSTER'S BLUES HOUSE, LLC                    PLAINTIFFS

VS.                              NO. 3:14CV116-DMB-SAA

CLINTON L. BOUTWELL AND THE
CHAR GRILLE SEAFOOD & STEAKS,
LLC d/b/a OXFORD GRILLEHOUSE          DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF JEFFREY MOTE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TAKEN AT THE INSTANCE OF THE DEFENDANT
IN THE LAW OFFICES OF LUTHER C. FISHER, IV
1109 VAN BUREN AVENUE, OXFORD, MS   38655-3911
ON FEBRUARY 24, 2015, BEGINNING AT 9:35 A.M.

APPEARANCES NOTED HEREIN

Reported by:   REGINA D. RUSSELL, CSR 1110, RPR

ADVANCED COURT REPORTING
P.O. BOX 761
TUPELO, MS 38802-0761
(662) 690-1500   ORIGINAL

Deposition of Jeffrey Mote, taken February 24, 2015

APPEARANCES:

For the Plaintiffs:

                      LUTHER C. FISHER, IV, ESQUIRE
                      Luke Fisher Law, PLLC
                      Post Office Box 3090
                      Oxford, MS   38655
                      (662) 259-0783

For the Defendants:

                      HIRAM C. EASTLAND, III, ESQUIRE
                      Eastland Law Office
                      103 North Lamar Boulevard
                      Suite 204
                      Oxford, MS   38655-3731
                      (662) 234-0804

Also Present:      CLINT BOUTWELL
                      SCOTT MICHAEL

Deposition of Jeffrey Mote, taken February 24, 2015

Page 3

TABLE OF CONTENTS

WITNESS                                               PAGE

JEFFREY MOTE

      Examination by Mr. Fisher ............     4

      Examination by Mr. Eastland...........    10

      Examination by Mr. Fisher.............    16

      Examination by Mr. Eastland...........    16

NO EXHIBITS

Deposition of Jeffrey Mote, taken February 24, 2015

Page 5

A.    Yes, sir.  Oxford Grillehouse and I worked for Char Grille.  No, Tacky Shack.

Q.    Okay.

A.    Tacky Shack for a short stint.

Q.    Got you.  And GM is general manager?

A.    Yes, sir.

Q.    What were your duties generally as the general manager?

A.    Day-to-day operations, payroll, things of that nature.

Q.    And when did you begin working for -- in that position?

A.    Around, let's say, January.

Q.    Of what year?

A.    2014.

Q.    All right.  Now, did you ever hear Mr. Boutwell make any statement to the effect that he intended to shut Rooster's, Scott and his business down and take his business?

A.    Yes, sir.

Q.    About when did you hear him saying that?

A.    I really don't know a date and time.

Q.    Okay.  Well, roughly, did you start hearing that when you took over in January?

A.    Yes, sir.

Deposition of Jeffrey Mote, taken February 24, 2015

Page 6

Q.   Did Mr. Boutwell ever make any statements about how close he was to Daniel Dunlap and communicating with him?

A.   Yes, sir.

Q.   And what kind of statements?

A.   Just saying he was in constant contact with Daniel Dunlap regarding, I guess, issues with Rooster's.

Q.   Okay.  All right.  Did he tell you that he wanted the upstairs business?

A.   Yes, sir.

Q.   Okay.  Did he tell you that he was aware of minors that worked for him drinking in other bars?

A.   Hold on.  Will you repeat that question?

Q.   Yes.  That was a confusing question.  And please, we just want to know what you know.  So if I in any way confuse you, please let's clear that up.

A.   Okay.

Q.   Good.  Did Mr. Boutwell ever tell you that some of his other employees who were minors had gone into other bars around the Square and drank?

A.   No, sir.  Not that I'm aware of.

Q.   Did he tell you that he knew that Rooster's sold to minors?

A.   Yes, sir.

Deposition of Jeffrey Mote, taken February 24, 2015

Q.    Did he say anything to the effect of Rooster's didn't care whether they sold to minors?

MR. EASTLAND:  I'm going to object to the form of these questions as leading.

Q.    (Mr. Fisher)  Okay.  The objections are technical.

A.    Yes, sir.

Q.    They're for later.  You don't need to worry about them.  If you did or didn't, I don't know.

A.    I mean, it has been a year since I've worked for him.

Q.    That's fine.

A.    So --

Q.    Not sure?

A.    Yeah.  I guess it hasn't been a year, but it has been a long time.

Q.    Right.  Did he ever tell you that he sent minors up to Rooster's to try and buy liquor?

A.    No, sir.

Q.    Okay.

A.    However, he did state that he was wanting to send a minor up.

Q.    All right.  Did he ever say anything to you about Scott being a drunk?

A.    Yes, sir.  I believe so.

Deposition of Jeffrey Mote, taken February 24, 2015

Page 8

Q. Okay. And did he say anything about Scott using drugs?

A. Not to my knowledge.

Q. Okay. Did he ever say anything to you -- and I don't know if he did or not, I'm just asking. Did he ever say anything to you that Scott -- that they drank in the bar after hours at Rooster's?

A. I really don't know to be honest --

Q. Fair enough.

A. -- about that one.

Q. Okay. Did Mr. Boutwell ever tell you that he wanted to get some other business in trouble?

A. Yes, sir. Not with the ABC, just wanting to shut them down.

Q. I see. Okay. But not dealing with the ABC; is that right?

A. Not dealing with ABC. No, sir.

Q. What -- were you ever present when he talked to an ABC agent?

A. Not that I can recall.

Q. Okay.

A. But like I said, it has been a while. Not that I can recall right now.

Q. Okay. That's fine. Did Mr. Boutwell ever say anything to you, something to the effect of he

Deposition of Jeffrey Mote, taken February 24, 2015

was going to find anything he could to get the ABC to look at him?

A.   Yes, sir.

Q.   Were you ever aware of -- did Mr. Boutwell ever tell you of any communications he had with Scott's landlords of the building?

A.   Yes, sir.

Q.   What did he tell you?

A.   I'm trying to remember what he said.

Q.   That's fine.

A.   Like I said, it has been a while.  I haven't even thought about any of this stuff.

Q.   There's no rush.

A.   I know he said he was in contact with them, wanting to take over upstairs.  And I think he said if -- he talked to them and said if he got in trouble again he was out or something like that, something along those lines.

Q.   Okay.  Got you.  Are you aware -- did Mr. Boutwell ever tell you that he had spoken with Oxford Police Department about Scott?

A.   No, sir.

MR. FISHER:  Okay.  I tender the witness.

MR. EASTLAND:  Can I take a brief

Deposition of Jeffrey Mote, taken February 24, 2015

Page 10

moment?

MR. FISHER: Sure.

(Recess.)

EXAMINATION

BY MR. EASTLAND:

Q. Mr. Mote, you stated earlier that you worked briefly at Tacky Shack. When were you hired at Tacky Shack?

A. Let's see. October, November maybe. November, December, something like that. It was somewhere towards the end of the year just for a short stint of time while the -- his other manager quit and I just kind of helped out.

Q. So you stayed there until January when you moved to Grillehouse?

A. I was -- I don't know if I stayed the entire time. Because I also worked at the Corner Bar as well during that period.

Q. Did you know Mr. Boutwell before he hired you?

A. Yes, sir.

Q. Were y'all friends?

A. Yes, sir.

Q. You stated you started working at Grillehouse in January of 2014; is that correct?

Deposition of Jeffrey Mote, taken February 24, 2015

Page 11

A.     Yes, sir.

Q.     When did you leave or when did you stop working there?

A.     I don't remember the exact date.  I just remember it was towards the end of baseball because I started working at The Library during the regionals -- or during the tournament.

Q.     Were you there when Mr. Boutwell was sued by Mr. Michael?

A.     Yes, sir.  I believe so.

          MR. FISHER:  Excuse me.  There was no lawsuit.  Oh, you mean this one?

          MR. EASTLAND:  Yes.

          MR. FISHER:  Oh, okay.  I'm sorry.

Q.     (Mr. Eastland)  This lawsuit was filed May 30, 2014.  Were you at Grillehouse during that time frame?

A.     I do not think so.

Q.     Were you aware that Mr. Michael sued Mr. Boutwell?

A.     I just knew there was a legal battle going on between the two of them.  That's all I really knew.

Q.     Okay.  There was another time back in March of 2014 when Mr. Boutwell took Mr. Michael to court.

Deposition of Jeffrey Mote, taken February 24, 2015

Page 12

Do you recall that?

A.    I believe that -- Yes, sir.  I believe so. And that might be the one I'm talking about.  I just remember there was something going on.

Q.    Okay.  So you don't recall being at Grillehouse when Mr. Boutwell was served with this lawsuit?

A.    I don't think so.  No, sir.

Q.    Federal lawsuit.  While you were working at Grillehouse, you stated you were aware of -- or were you aware of the problems with Mr. Michael and Mr. Boutwell?

A.    To my knowledge, I knew bits and pieces of it.  I don't know the whole full details of any of it.  I still don't know the full details of any of it.

Q.    Did Boutwell ever tell you that he felt like he was being picked on by Mr. Michael or something to that effect?

A.    Maybe.  Maybe not.  I really don't know. It has been so long.

Q.    Do you recall Mr. Boutwell ever saying that he felt like he was being bullied by Mr. Michael?

A.    Yes, sir.  I believe so.

Q.    Okay.

Deposition of Jeffrey Mote, taken February 24, 2015

Page 13

A.   But still, it has been so long.  I'm just trying to remember.

Q.   Sure.  Do you recall Mr. Boutwell being upset about the actions Mr. Michael was taking against him?

A.   Yes, sir.

Q.   Okay.  Do you recall Mr. Boutwell receiving a letter of termination of his sublease and eviction in March of 2014?

A.   I don't believe I was aware of the evictions.

Q.   Now, Mr. Fisher asked you if you remember Mr. Boutwell saying something to the effect of he intended to shut down Mr. Michael's business and you said yes.  What exactly did Mr. Boutwell say to that effect?

A.   He said he was going to get him shut down for selling to minors, all that kind of stuff.  I'm trying to remember the exact details.  It had to do -- I know it had to do with food sales and food sales and alcohol sales.  He was just very intent on taking over upstairs.

Q.   Do you remember when that was?

A.   I don't.

Q.   Was it after March?

Deposition of Jeffrey Mote, taken February 24, 2015

A.   No, sir.  I believe it was way before March.

Q.   Okay.  It was between January and March?

A.   Yes, sir.

Q.   You stated that you heard Mr. Boutwell say he was in constant contact with the ABC?

A.   Yes, sir.

Q.   Were you ever present when he talked to the ABC?

A.   I can't be 100 percent sure because I don't look at his phone.  But there was a couple of phone calls that I was present for, I believe.  I didn't hear what was going on, just said he was contacting them.  That's all I know.

Q.   So you don't know if they talked about any other business?

A.   No, sir.  I wasn't present when any conversations were going on that I know of.

Q.   Okay.  So you didn't personally hear any of those conversations?

A.   No, sir.

Q.   Did you ever hear Mr. Boutwell say that what he was doing was only to protect his business?

A.   Not that I can recall.  But, I mean, I figured as much.  You know, nobody wants to lose a

Deposition of Jeffrey Mote, taken February 24, 2015

business.

Q. All right. And you stated that you heard Mr. Boutwell say he wanted to send minors upstairs to Rooster's; is that correct?

A. Yes, sir.

Q. To your knowledge, did he ever do that?

A. No, sir.

Q. You stated you heard Mr. Boutwell call Mr. Michael a drunk. Do you recall saying that?

A. Yes, sir.

Q. Is that the exact terminology he used?

A. I believe so. It was something along those lines of alcoholic, drunk.

Q. Okay. Did he talk about him drinking at Rooster's?

A. Yes, sir.

MR. FISHER: I'm sorry?

THE WITNESS: Yes, sir.

Q. (Mr. Eastland) With regard to your testimony regarding the landlords of Mr. Michael, did you witness any of those conversations between Mr. Boutwell and the Phillips'?

A. No, sir.

MR. EASTLAND: I tender the witness.

EXAMINATION

Deposition of Jeffrey Mote, taken February 24, 2015

Page 16

BY MR. FISHER:

Q. You were asked about if Mr. Boutwell said that Scott bullied him or was a bully. Did Mr. Boutwell ever threaten to sue you?

A. Yes, sir.

Q. Tell me about that.

A. He threatened to sue me after I had left Grillehouse about defamation of character.

MR. EASTLAND: I'm going to have an opportunity to cross him on this because this was not in the original testimony.

MR. FISHER: Sure.

Q. (Mr. Fisher) Did he say why?

A. I have a message of it. I still have the message. If I recall, it had something to do with me not talking to him or shaking his hand in public.

MR. FISHER: Okay. That's it.

MR. EASTLAND: All right. One moment. I need to ask my client something.

(Pause in proceedings.)

EXAMINATION

BY MR. EASTLAND:

Q. Mr. Mote, why did you leave Oxford Grillehouse?

A. Just a hostile work environment all

Deposition of Jeffrey Mote, taken February 24, 2015

Page 17

together.  Got tired of dealing with the issues I dealt with, not having full support.

Q.    Okay.  Did you get word that Mr. Boutwell was thinking about letting you go?

A.    Yes, sir.  After I had stated to a select couple of employees that I was probably leaving pretty soon once I found a new job.

Q.    Were you disgruntled when you left?

A.    Not really.  There was a little bit of anger just the way people were treated, issues that I had, the way I was treated.

Q.    Okay.  And where are you employed now?

A.    Library Sports Bar and Grill.

Q.    Is that the only employment that you have?

A.    Yes, sir.

Q.    Since you've been -- what's your position at The Library?

A.    Bartender.

Q.    Okay.  Since you've been at The Library, have you talked about Mr. Boutwell?

A.    Every now and then when people ask.

Q.    Okay.  What type of things do you say?

A.    They just ask why I left Grillehouse or just ask things about him.  And I just say, you know, I left disagreements, just didn't like the way people

Deposition of Jeffrey Mote, taken February 24, 2015

Page 18

were being treated pretty much.

MR. EASTLAND: Okay. No further questions.

MR. FISHER: All right. Thanks.

(Deposition concluded at 10:05 a.m.)

Deposition of Jeffrey Mote, taken February 24, 2015

Page 19

C E R T I F I C A T E

STATE OF MISSISSIPPI        )

COUNTY OF LEE               )

RE:  Oral DEPOSITION OF JEFFREY MOTE

I, Regina D. Russell, CSR 1110, a Notary Public within and for the aforesaid county and state, duly commissioned and acting, hereby certify that the foregoing proceedings were taken before me at the time and place set forth above; that the statements were written by me in machine shorthand; that the statements were thereafter transcribed by me, or under my direct supervision, by means of computer-aided transcription, constituting a true and correct transcription of the proceedings; and that the witness was by me duly sworn to testify to the truth and nothing but the truth in this cause.

I further certify that I am not a relative or employee of any of the parties, or of counsel, nor am I financially or otherwise interested in the outcome of this action.

Witness my hand and seal on this 28th day of February, 2015.

My Commission Expires:      _____
May 27, 2016                CSR 1110
                            Notary Public

Deposition of Jeffrey Mote, taken February 24, 2015

Page 20

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SCOTT MICHAEL AND
ROOSTER'S BLUES HOUSE, LLC                    PLAINTIFFS

VS.                              NO. 3:14CV116-DMB-SAA

CLINTON L. BOUTWELL AND THE
CHAR GRILLE SEAFOOD & STEAKS,
LLC d/b/a OXFORD GRILLEHOUSE            DEFENDANTS

CERTIFICATE

I, JEFFREY MOTE, have read the foregoing pages, 1-18, of the transcript of my deposition given on February 24, 2015, and it is true, correct and complete to the best of my knowledge, recollection and belief except for the list of corrections, if any, attached on a separate sheet herewith.  Witness my hand, this the _____ day of _____, 2015.


_____
JEFFREY MOTE

CERTIFICATE

Subscribed and sworn to before me, this the _____ day of _____, 2015.


_____
Notary Public in and for the
County of _____
My Commission            State of Mississippi
Expires: _____

Deposition of Jeffrey Mote, taken February 24, 2015

Page 21

ADVANCED COURT REPORTING
P.O. BOX 761
TUPELO, MISSISSIPPI 38802-0761


CORRECTION LIST


SCOTT MICHAEL AND
ROOSTER'S BLUES HOUSE, LLC                    PLAINTIFFS
VS.
CLINTON L. BOUTWELL AND THE
CHAR GRILLE SEAFOOD & STEAKS,
LLC d/b/a OXFORD GRILLEHOUSE                  DEFENDANTS

Federal - No. 3:14CV116-DMB-SAA
_____
CAPTION

FEBRUARY 24, 2015                      JEFFREY MOTE
_____
DATE OF DEPOSITION                 DEPONENT'S NAME

PAGE   LINE     CORRECTION                    REASON
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                              _____
                              JEFFREY MOTE

**ADVANCED COURT REPORTING**
**662-690-1500**