**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SCOTT MICHAEL AND
ROOSTER'S BLUES HOUSE, LLC**                                                **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO: 3:14CV116-DMB-JAA**

**CLINTON L. BOUTWELL AND THE**                                              **DEFENDANTS**
**CHAR GRILLE SEAFOOD & STEAKS
LLC d/b/a OXFORD GRILLEHOUSE**

                                                          **JURY TRIAL DEMANDED**

---

**PLAINTIFFS' RULE 26 INITIAL DISCLOSURES**

---

COMES NOW THE PLAINTIFF, SCOTT MICHAEL, by and through counsel, and submits this, his Rule 26 Initial Disclosures as follows:

**INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

**1.      Clint Boutwell**-  Boutwell has general knowledge regarding the factual bases for the claims and defenses filed made in this case.

**2.      Scott Michael**-  Michael may be contacted through counsel.  Michael has general knowledge regarding the factual bases for the claims and defenses filed made in this case.

**3.      Zack Clolinger**-  Employed as the Manager of Rooster's Blues House. He may be contacted through counsel. Has general knowledge regarding the factual bases for the claims and defenses filed made in this case.

**4.      Daniel Dunlap**-  Employed as an agent of the ABC Bureau of Enforcement.  Knows of his contacts with, and statements by and to, both parties, and all regulatory enforcement issues related to the parties.

**5.      Phillip A. Carr, CPA**.-  DeVoe Carr PLLC, 1420 N. Lamar Blvd., Suite 101, Oxford,

MS.  Accountant for the Plaintiffs.  Would have knowledge of Plaintiffs' financial damages.

6.    **Tim Phillips**-  Employed at Oxford Eagle, 916 Jackson Ave., Oxford, MS 38655. One of Plaintiffs' landlords.  Is aware of Boutwell making negative statements about the Plaintiffs' business and business practices.  Plaintiffs believe he was told by Boutwell that Plaintiffs were about to declare bankruptcy and couldn't pay their bills.

7.    **D. Andrew Phillips**-  Mitchell McNutt & Sams, 1216 Van Buren Ave. Oxford, MS 38655.  One of Plaintiffs' landlords.  Is aware of Boutwell making negative statements about the Plaintiffs' business and business practices.  Plaintiffs believe he was told by Boutwell that Plaintiffs were about to declare bankruptcy and couldn't pay their bills.

8.    **Mark Hicks**-  Chief of Enforcement, MS Alcohol Beverage Control, Clinton MS.  Has knowledge of his communications with the parties and Agent Dunlap regarding the facts that are the subject of this case.  Was present in a meeting where Boutwell made several defamatory statements.

9.    **William Martin**-  Deputy Chief of Enforcement, MS Alcohol Beverage Control, Clinton MS. Has knowledge of his communications with the parties and Agent Dunlap regarding the facts that are the subject of this case.  Was present in a meeting where Boutwell made several defamatory statements.

10.    **Jason [last name unknown]**-  Bud Light distributor for A&B Distributors.  Plaintiffs believe that he heard Boutwell make defamatory remarks about the Plaintiffs.  Boutwell also told him that Plaintiffs were supposedly losing their ABC license, even before the Plaintiffs were made aware of the possibility.

11.    **Butch Collier**-  Former Coors Beer representative-  Plaintiffs believe that he heard Boutwell make defamatory remarks about Plaintiffs, and heard him say that Boutwell was going

to get Plaintiffs kicked out of the building and that he would take their business over.

12.     **Charles Collier**-  Coors Beer representative-  Plaintiffs believe that he heard Boutwell make defamatory remarks about Plaintiffs, and heard him say that Boutwell was going to get Plaintiffs kicked out of the building and that he would take their business over.

13.     **Chris Farley**-  Miller Light Representative.  Plaintiffs believe that he heard Boutwell make defamatory remarks about Plaintiffs, and heard him say that Boutwell was going to get Plaintiffs kicked out of the building and that he would take their business over.

14.     **Haley Ratcliff**-  Believed to currently reside in Hattiesburg, MS.  She told Plaintiff Michael that Boutwell repeatedly made statements to the effect that he hated Michael, that he was going to take over the Plaintiffs' business, that he "owned" the ABC, that Plaintiffs intentionally serve minors, and other statements of the like.

15.     **David Sage**-  Employed at The Corner Bar, 1002 Jackson Ave. East, Oxford, MS 38655. Plaintiffs believe that Boutwell made numerous defamatory remarks to him about the Plaintiffs and their business.

16.     **Hudson Chadwick**-  Owner of The Corner Bar, 1002 Jackson Ave. East, Oxford, MS 38655. Plaintiffs believe that Boutwell made numerous defamatory remarks to him about the Plaintiffs and their business.

17.     **Shawn Ray**-  Electrician, Oxford MS.  Boutwell has claimed that he paid Ray for some work in Rooster's toward setting up a kitchen.  Mr. Ray says that this isn't true.

18.     **Butch Evans**-  Ridgeland, MS.  Plaintiff will supplement this identification. Evans was present during a meeting with Boutwell, Chief Hicks, Deputy Chief Martin and Plaintiff Michael, in which Boutwell made a number of defamatory statements about the Plaintiffs and expressed his personal animosity towards the Plaintiffs.

**19.** **Andy Sharp**- Sharp Insurance Agency, 128A Courthouse Square, Oxford, MS 38655. Plaintiffs understand that Sharp made a sales call upon the Defendants and that Boutwell made a number of derogatory remarks about the Plaintiffs while he was there.

**DOCUMENTS PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS:**

**1.** The sub-lease agreement between the parties. Attached.

**2.** The Plaintiffs lease of the building. Attached.

**3.** Violation letter dated July 21, 2014 from ABC Bureau of Enforcement to Rooster's Blues House regarding food sales requirements. Attached.

**4.** Mississippi Department of Revenue and/or ABC regulations relating to the food service requirements. Available through the Department of Revenue Website.

**5.** Bills related to the Plaintiffs building a kitchen upstairs. These are ongoing. Plaintiff will supplement.

**6.** Plaintiffs' Accounting records related to this case. These will be made available at a mutually agreed upon time and place.

**7.** ABC records related to visits and communications to and about the parties. These will be obtained during litigation.

**8.** Property tax receipt dated May 21, 2014. Attached.

**9.** ASI invoice dated Oct. 17, 2013, with handwritten notes. Attached.

**10.** FNB Account Details dated April 22, 2014, with handwritten notes. Attached.

**NATURE AND COMPUTATION OF PLAINTIFFS' DAMAGES:**

**1.** Plaintiff Scott has suffered a huge amount of physical and emotional injuries because of

the actions of the Defendants.  Plaintiffs cannot quantify these damages.

2.      Plaintiffs' have suffered injury to their business reputation and goodwill, and to Michael's personal reputation.   The Plaintiffs cannot quantify these damages.   Many of Defendant Boutwell's statements were defamatory *per se*, and Plaintiff need not prove specific damages.

3.      Plaintiffs have suffered lost income.  They will calculate these damages and supplement this item.

Respectfully submitted,

  August 4, 2014           /s/ Luther C. Fisher, IV
        Date                      Luther C. Fisher, IV, MS. Bar No. 8687

Luther C. Fisher, IV
Luke Fisher Law PLLC
1109 Van Buren Ave.
P.O. Box 3090
Oxford, MS 38655
662-259-0783
lfisher@lukefisherlaw.com
fisherluther@gmail.com

**CERTIFICATE OF SERVICE**

I, Luther C. Fisher, IV, do hereby certify that I have this day served attorney for the Defendants through electronic mail and first class mail by service upon:

Hiram C. Eastland, III
Attorney at law
103 N. Lamar Blvd, Suite 204
P.O. Box 3059
Oxford, MS 38655
eastlandlaw3@mac.com

SO CERTIFIED, this the 4th day of August, 2014.

/s/ Luther C. Fisher, IV