## SWORN AFFIDAVIT OF JEFFREY MOTE

### GENERAL AFFIDAVIT OF JEFFREY MOTE

STATE OF MISSISSIPPI
COUNTY OF LAFAYETTE

PERSONALLY came and appeared before me the undersigned Notary, the within named, Jeffrey Mote, who is a resident of Lafayette County, State of Mississippi, and makes this his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge.

My name is Jeffrey Mote. I was subpoenaed to testify in a deposition in the case between Scott Michael and Clint Boutwell. My testimony was unfavorable to Clint. I was nervous that he might do something because of my testimony, and because of previous threats to spend a lot of money on a lawyer to sue me. I have passed him a couple of times since then and we have ignored each other.

I was in The Corner Bar after closing time in the early morning of Thursday, April 9, 2015. I was sitting and chatting with David Sage, the manager, while he was counting money and the staff was cleaning up. Clint Boutwell came in after closing and repeatedly asked David to give him a couple of shots of liquor, but David repeatedly refused. David was sitting between me and Clint. I was sitting and Clint was standing up. Clint then started talking to me and said, "You and your buddy Scott thought you could get me. It'll take more than what you have to get me." He talked about having deep pockets, talking about plenty of money, to do what he wanted.

I told him, "I don't want anything to do with it; that's y'all's deal," and then I turned away from him. When I did that he said, "pussies will be pussies." I believed that he was trying to get me to hit him, but I ignored it.

About five minutes later, I received a text message from Clint that said, "And I'll find you when it's over." While I worked for him, Clint told me that he carried a gun and that if Scott came at him, he would shoot him. He also said the same thing about the man who owns Petra restaurant. I have seen him carry the pistol.

I believe that he will try to harm me, physically or some other way, if I testify at trial or after this case is over because I testified in a deposition in this case.

I have attached two pages that are true and correct copies of screen shots from my phone of the text I received from Clint. The one before it is where he threatened to sue me back in June, 2014.

DATED this the _____ day of _A_p_r_i_l_____, 2015

_____
Jeffrey Mote

SWORN to and subscribed before me, this the _____ day of _____, 2015

_____
NOTARY PUBLIC



‹ Messages **Clint** Details

Sun, Jun 22, 4:10 PM

Nice post about delta steak and the comments about my career intentions and my personal life. I know it's hard for you to understand why I fired you. I also know you didn't appreciate the remainder of your weeks pay I gave to you or the extra 300 to help you on your way. I know I should be more bothered by the shit you talk about me or whatever you may attempt to say or do to hurt my reputation. I didn't know you were juvenile enough not to allow a simple friendship in public. But let be clear big

iMessage





PaGe1



< Messages     **Clint**     Details

allow a simple friendship in public. But let be clear big boy, I'm not going anywhere but further to the top. I can't say where u will go. But your best interest is to keep your thoughts about me and my business quietly to yourself. I have a lot more money to pay Hiram to slap a defamation of character suit on you than you have the money to defend. So, next time I see you let's shake hands and u grow up. 😉

Today 12:29 AM

And I'll find you when it's over.

iMessage



Page 2