## GENERAL AFFIDAVIT OF DAVID SAGE

STATE OF MISSISSIPPI
COUNTY OF LAFAYETTE

PERSONALLY came and appeared before me the undersigned Notary, the within named David Sage, who is a resident of Lafayette County, State of Mississippi, and makes this his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge.

I help run the Corner Bar in Oxford, Mississippi. Clint Boutwell came into the bar a little after midnight on the morning of Thursday, April 9, 2015, while I was counting money sitting at the bar. Jeff Mote was sitting next to me on my left. Clint walked up behind my right, and patted me on the back. He asked me to serve him alcohol. I told him no. He asked me again and I refused again.

Clint and I were having a normal conversation about his restaurants and other stuff. Jeff was not part of the conversation.

I've been running bars for over 15 years, so I could tell Clint had been drinking, but he did not appear to be drunk. He walked and spoke normally, and never raised his voice. He said he was going home to sleep. But then he spoke to Jeff and said he and Scott were wasting there time trying to get him, and that they would have to come after him long and hard before they could get him, and that he had deeper pockets than Mote would ever have.

Jeff said twice that he didn't want to be involved and then turned away from him.

I told Clint goodbye, to get him to leave. He then told Jeff, "pussies will be pussies." He started to walk out, but turned again and said, "Did you hear me Mote? Pussies will be pussies." Then he walked out. Immediately after that, he sent Jeff a text that said, "And I'll find you when it's over."

Jeff was extremely rattled and appeared scared. He told me that Clint walks around with a pistol in his pocket, and he didn't know if Clint was unstable or what he would do to him.

DATED this the 9th day of April, 2015

_____
David Sage

SWORN to and subscribed before me, this the 9 day of April, 2015

_____
NOTARY PUBLIC

