**THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

SCOTT MICHAEL AND
ROOSTER'S BLUES HOUSE, LLC                                          PLAINTIFFS

VERSUS                                          CIVIL ACTION NO: 3:14CV116-DMB-JAA

CLINTON L. BOUTWELL AND THE
CHAR GRILLE SEAFOOD & STEAKS
LLC d/b/a OXFORD GRILLEHOUSE                                        DEFENDANTS

---

**DEFENDANTS' RESPONSE IN OPPOSITION TO THE PLAINTIFFS' MOTION TO
STRIKE DEFENDANTS' ANSWER AND FOR SANCTIONS BECAUSE OF DEFENDANT
BOUTWELL'S THREAT TO A KEY WITNESS**

---

COME NOW the Defendants, Clinton L. Boutwell ("Boutwell") and The Char Grille Seafood and Steaks, LLC d/b/a Oxford Grillehouse ("Grillehouse"), by and through undersigned counsel, and file this Defendants' Response To The Plaintffs' Motion To Strike Defendants' Answer And For Sanctions Because Of Defendant Boutwell's Threat To A Key Witness, and would show unto the Court the following:

1.      As the Defendants' have previously argued, this Court does not have jurisdiction over this case, and therefore there is no jurisdiction for the Court to grant the Plaintiffs' motion.

2.      Defendants' have not filed an answer in this case. Rather than answering the three frivolous complaints filed by the Plaintiffs, the Defendants instead have filed three separate motions to dismiss, one motion for each complaint filed. The most recent motion to dismiss filed by the Defendants is still pending before the Court. Pursuant to Rule 12(a)(4), the Defendants will have fourteen (14) days to file their answer in the event the Court denies their pending motion to dismiss.

3.     Jeffrey Mote and Clint Boutwell became friends about three (3) years ago.  The two were friends before Mote began working for Boutwell, and well before this lawsuit was filed. Mr. Boutwell no doubt made a mistake in confronting Mr. Mote, his old friend, but the incident described in the Plaintiffs' motion was nothing more than a non-violent verbal and text message confrontation consisting of trash talk from a former friend that feels betrayed and that has suffered depression, severe stress and anxiety as the result of this litigation. Mr. Boutwell accepts full responsibility for his actions, but granting a default judgment in this case is not warranted.

4.     Jeffrey Mote, the witness that was allegedly threatened by Defendant Boutwell, is not a key witness in this case as he gave no testimony at his deposition that was significant enough to affect the outcome of the case.  Furthermore, the testimony that was given by Mr. Mote has already been preserved through his sworn deposition.

For the reasons set forth above and for other reasons set forth in the Defendants' Memorandum In Opposition To Defendants' Response To The Plaintffs' Motion To Strike Defendants' Answer And For Sanctions Because Of Defendant Boutwell's Threat To A Key Witness filed in support of this response, the Plaintiffs' motion should be denied.

Respectfully submitted, this the 4th day of May, 2015.

> CLINTON L. BOUTWELL AND
> THE CHAR GRILLE SEAFOOD
> AND STEAKS, LLC d/b/a
> OXFORD GRILLEHOUSE
>
> By:    /s/ Hiram C. Eastland III
> OF COUNSEL

HIRAM C. EASTLAND III – MSB #101560
ATTORNEY AT LAW
103 NORTH LAMAR BOULEVARD, SUITE 204
POST OFFICE BOX 3059
OXFORD, MS 38655
TELEPHONE: (662) 234-0804
FACSIMILE: (662) 510-0804
EMAIL: eastlandlaw3@mac.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, I electronically filed the foregoing document with

the Clerk of the Court using the ECF system which sent notification of such filing to counsel

who has electronically registered with the Court.  The following is a list of all counsel of record:

Luther C. Fisher, IV
Luke Fisher Law PLLC
1109 Van Buren Avenue
Post Office Box 3090
Oxford, MS 38655
lfisher@lukefisherlaw.com
fisherluther@gmail.com

SO CERTIFIED, this the 4th day of May, 2015.

/s/ Hiram C. Eastland III