

EXHIBIT "1"