IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SCOTT MICHAEL; and**                                                                              **PLAINTIFFS**
**ROOSTER'S BLUES HOUSE, LLC**

**V.**                                                          **NO. 3:14-CV-00116-DMB-SAA**

**CLINTON L. BOUTWELL; and**
**THE CHAR GRILLE SEAFOOD &**
**STEAKS LLC d/b/a OXFORD**
**GRILLEHOUSE**                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order [84] issued on October 7, 2015, this Court: (1) **GRANTS** summary judgment in favor of Defendants on Plaintiffs' § 1983 claims; (2) **DISMISSES without prejudice** Plaintiffs' remaining claims; and (3) **DISMISSES** this action. Further, pursuant to the Court's ruling on Plaintiffs' motion for sanctions, Defendants shall pay to Plaintiffs the reasonable attorney's fees and expenses incurred by Plaintiffs associated with the motion for sanctions, and shall pay to the Court $1,000 by payment to the Clerk of Court, 911 Jackson Ave East, Suite 369, Oxford, Mississippi 38655.

SO ORDERED, this 8th day of October, 2015.

                                                                       **/s/ Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**